**ATTORNEY GRIEVANCE COMMISSION**     *     **IN THE**
**OF MARYLAND**

                             *     **COURT OF APPEALS**

                             *     **OF MARYLAND**

**v.**

                             *     **Misc. Docket AG No. 21**

**GARY DON WRIGHT**                 *     **September Term, 2022**

## ORDER

Upon consideration of the Petition for Disciplinary or Remedial Action and Request for Immediate Temporary Suspension Pending Final Disposition in Virginia and attachments filed by Petitioner, Respondent's Answer to Petition for Discipline or Remedial Action, and Respondent's Response to Show Cause Order, it is this 4th day of October, 2022

**ORDERED**, by the Court of Appeals of Maryland, in accordance with Maryland Rule 19-737(d)(2), that the Respondent, Gary Don Wright is temporarily suspended, effective immediately, from the practice of law in the State of Maryland pending further order of this Court; and it is further

**ORDERED**, that the Clerk of this Court shall strike the name of Gary Don Wright from the register of attorneys and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Matthew J. Fader
Chief Judge

Suzanne C. Johnson, Clerk